IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES WILLIAM SCHNEIDER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 09-30 Erie |
| ) | |
| RAYMOND J. SOBINA, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM ORDER

Plaintiff's complaint was received by the Clerk of Court on February 11, 2009, and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. ' 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The magistrate judge issued a report and recommendation, filed on March 17, 2009 (ECF No. 4), recommending that leave to proceed in forma pauperis be denied.

The parties were allowed until April 3, 2009 to file objections. No Objections were filed. Petitioner paid the filing fee on April 16, 2009. After de novo review of the pleadings and documents in the case, together with the report and recommendation and objections thereto, we adopt Magistrate Judge Baxter's March 17, 2009 R&R as the Opinion of the Court.

AND NOW, this 2nd day of March, 2011, it is HEREBY ORDERED, ADJUDGED and DECREED that said Report and Recommendation (ECF No. 4) is adopted as the Opinion of the Court. Petitioner's leave to proceed in forma pauperis (ECF No. 1) is hereby DENIED.

\

Maurice B. Cohill, Jr.
Senior United States District Judge

cc: Counsel of Record

James William Schneider, pro se
CZ-2784
SCI Albion
AA1
10745 RT 18
ALBION, PA 16475-0002

Susan Paradise Baxter
U.S. Magistrate Judge